Case No.  CV-18-5601-MWF (MRWx)          Date:  July 20, 2018
Title:    Deutsche National Trust Company v. Marina Read

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                    Court Reporter:
Rita Sanchez                     Not Reported

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:
None Present                         None Present

**Proceedings (In Chambers):**        ORDER REMANDING ACTION TO STATE COURT

On January 17, 2018, Marina Read filed a writ of mandamus in the Santa Barbara County Superior Court regarding the alleged wrongful foreclosure of her home.  The Superior Court denied the writ.  (Notice of Removal ¶¶ 1-2 (Docket No. 1)).  Proceeding *pro se*, Petitioner now attempts to remove the action to federal court pursuant to 28 U.S.C. §1441.  (*Id.* ¶ 7).

Section 1441 states, in pertinent part, that an action brought in a state court "may be removed by the ***defendant or defendants***."  28 U.S.C. § 1441(a) (emphasis added).  The defendants in the action before the Superior Court are Respondents Superior Court Judge James E. Herman and Deutsche Bank National Trust Company.  (*See* Notice of Removal at 122).  It appears that, when filing her Notice of Removal, Petitioner simply used a pen to cross out the parties and re-label herself as the "Defendant-Petitioner" and Deutsche Bank National Trust Company as the "Plaintiff."  (*See id.* at 1).  Because Petitioner is not actually the Defendant in this action, she may not remove it to federal court pursuant to § 1441.

Accordingly, the Court **REMANDS** the action to the Superior Court of the State of California for the County of Santa Barbara.  The Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.  Local Rule 58-6.

IT IS SO ORDERED.